# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICAH ANGEL                                                                  PLAINTIFF

v.                                  No. 3:23-cv-62-DPM

INTERNAL REVENUE SERVICE                                                     DEFENDANT

## ORDER

1.   Angel's application to proceed *in forma pauperis*, Doc. 1, is granted.  She reports living on little income.

2.   The Court must screen Angel's complaint. 28 U.S.C. § 1915(e)(2).  Angel has sued the IRS alleging it has twice rejected her tax return.  A child-stimulus payment appears to be at issue.  She seeks an investigation and the $1100 payment.

A taxpayer must file an administrative claim, and get a decision on that claim, before filing a lawsuit.  26 U.S.C. 7422(a); 28 U.S.C. §1346(a).  The documents she provided show the rejection of her tax return; they do not show exhaustion of her administrative remedy.

Angel's complaint will therefore be dismissed without prejudice and with leave to amend.  If she files an amended complaint showing exhaustion by 30 November 2023, the Court will reopen her case for further screening.

- 2 -

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

23 October 2023