IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICAH ANGEL                                                        PLAINTIFF

v.                              No. 3:23-cv-62-DPM

INTERNAL REVENUE SERVICE                                           DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice and with leave to amend by 30 November 2023.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023